IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA RODRIGUEZ<br>Plaintiff<br>vs<br>MUNICIPALITY OF LUQUILLO; DOWNTOWN DEVELOPMENT CORPORATION; SELECTOS RIO GRANDE LLC; ENCANTO RESTAURANTS, INC.; LA FAMILIA BAKERY #2 INC.; ANTONINOS PIZZA; FINA CHINA<br>Defendants | CIVIL 17-1738CCC |

## **PARTIAL JUDGMENT**

Having considered plaintiff Norberto Medina Rodríguez's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (**d.e. 27**) filed on September 5, 2017 which is GRANTED, it is ORDERED and ADJUDGED that JUDGMENT be and is hereby entered dismissing the action, WITH PREJUDICE, as to defendant Selectos Río Grande LLC.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 31, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge