IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA RODRIGUEZ<br>Plaintiff<br>vs<br>MUNICIPALITY OF LUQUILLO; DOWNTOWN DEVELOPMENT CORPORATION; SELECTOS RIO GRANDE LLC; ENCANTO RESTAURANTS, INC.; LA FAMILIA BAKERY #2 INC.; ANTONINOS PIZZA; FINA CHINA<br>Defendants | CIVIL 17-1738CCC |

## **PARTIAL JUDGMENT**

Having considered the Motion of Voluntary Dismissal Pursuant to F.R.C.P. 41 (**d.e. 34**) filed by plaintiff Norberto Medina Rodríguez on February 20, 2018, which is GRANTED, JUDGMENT is hereby entered DISMISSING WITH PREJUDICE the action against defendants Municipality of Luquillo and Downtown Development Corporation.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 6, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge