IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA RODRIGUEZ<br>Plaintiff<br>vs<br>MUNICIPALITY OF LUQUILLO; DOWNTOWN DEVELOPMENT CORPORATION; SELECTOS RIO GRANDE LLC; ENCANTO RESTAURANTS, INC.; LA FAMILIA BAKERY #2 INC.; ANTONINOS PIZZA; FINA CHINA<br>Defendants | CIVIL 17-1738CCC |

## PARTIAL JUDGMENT

Having considered the Stipulation of Dismissal with Prejudice filed by plaintiff Norberto Medina Rodríguez and defendant Encanto Restaurants, Inc. d/b/a Kentucky Fried Chicken on April 5, 2018 (**d.e. 37**), it is ORDERED and ADJUDGED that partial judgment be and is hereby entered DISMISSING plaintiff's action against said defendant, with prejudice and without the imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 25, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge