IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORBERTO MEDINA RODRIGUEZ<br>Plaintiff<br>vs<br>MUNICIPALITY OF LUQUILLO; DOWNTOWN DEVELOPMENT CORPORATION; SELECTOS RIO GRANDE LLC; ENCANTO RESTAURANTS, INC.; LA FAMILIA BAKERY #2 INC.; ANTONINOS PIZZA; FINA CHINA<br>Defendants | CIVIL 17-1738CCC |

### JUDGMENT

It appearing that plaintiff did not serve process upon defendant Municipality of Río Grande within the term of 90 days provided by Fed. R. Civ. P. 4(m), it is ORDERED AND ADJUDGED that said defendant be DISMISSED, without prejudice.

The pretrial/settlement conference set for June 19, 2018 and non-jury trial set for September 20, 2018 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 25, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge